IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SADAKA DAVIS,                         )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        CASE NO. 2:15-CV-010-WKW
                                      )
DERRICK BONE,                         )
                                      )
            Defendant.                )

## ORDER

On March 26, 2015, the Magistrate Judge filed a Recommendation (Doc. # 21), to which Plaintiff Sadaka Davis has filed a timely Objection (Doc. # 22).  The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made.  *See* 28 U.S.C. § 636(b).

In his Objection, Mr. Davis reasserts his contention that Defendant Derrick Bone forced his way into Mr. Davis's home, refused to show him eviction papers, and ultimately violated Mr. Davis's right to due process of law by removing Mr. Davis's possessions from the home.  (Doc. # 22, at 1.)  Mr. Davis's Objection is due to be overruled because he fails to allege any specific errors with regard to the Magistrate Judge's Recommendation and instead reasserts the arguments contained in his Complaint.  Further, while Mr. Davis states that Defendant Bone failed to provide Mr. Davis with eviction papers, identification, or "bond company", Mr.

Davis previously acknowledged that Defendant Bone showed him a copy of a court-ordered writ of possession, a writ of possession that stemmed from an underlying state court proceeding in which Mr. Davis fully participated.

Accordingly, it is ORDERED as follows:

1.      Mr. Davis's Objection (Doc. # 22) is OVERRULED.

2.      The Recommendation (Doc. # 21) is ADOPTED.

3.      Mr. Bone's Motion for Summary Judgment (Doc. # 10) is GRANTED.

4.      Mr. Davis's § 1983 due process claim is DISMISSED with prejudice.

An appropriate final judgment will be entered separately.

DONE this 8th day of April, 2015.

                        /s/ W. Keith Watkins
                   CHIEF UNITED STATES DISTRICT JUDGE